# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KARLOS AYALA CONDE,

      **Plaintiff,**

vs.

HOSPITALITY STAFFING SOLUTIONS, LLC, a Foreign for Profit Limited Liability Company,

      **Defendant.**    /

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, KARLOS AYALA CONDE, by and through the undersigned attorney, sues the Defendants, HOSPITALITY STAFFING SOLUTIONS, LLC, a Florida Corporation, and alleges:

1. Plaintiff, KARLOS AYALA CONDE, was an employee of Defendant and brings this action for unpaid overtime compensation, declaratory relief, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

## General Allegations

2. Plaintiff was an employee who worked for Defendant within the last three years throughout Osceola County, Florida.

3. Plaintiff, KARLOS AYALA CONDE, earned an hourly wage of $13.25/hour as a hotel dispatcher.

4. Plaintiff, KARLOS AYALA CONDE, worked at Defendant's property located at 8101 Roseville Blvd., Davenport, Florida 33896.

5. Defendant, HOSPITALITY STAFFING SOLUTIONS, LLC, is a Foreign Limited Liability Company that operates and conducts business in Osceola County, Florida and is therefore,

within the jurisdiction of this Court.

6. Defendant, HOSPITALITY STAFFING SOLUTIONS, LLC, principle place of business is 100 Glenridge Point Pkwy, Suite 400, Atlanta, GA 30342

7. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

8. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA and the authority to grant declaratory relief under the FLSA pursuant to 28 U.S.C. §2201 et seq.

9. During Plaintiff's employment with Defendants, Defendant, HOSPITALITY STAFFING SOLUTIONS, LLC, earned more than $500,000 per year in gross sales.

10. Defendant, HOSPITALITY STAFFING SOLUTIONS, LLC, employed 25-50 employees and paid these employees plus earned a profit from their business.

11. During Plaintiff's employment, Defendant, HOSPITALITY STAFFING SOLUTIONS, LLC, employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce, such as computers, telephones, soaps, toilet paper, paper towels, shampoo, Tide detergent products, travel sized toothpaste, glass cleaner, Clorox cleaner, and other items used to run the business.

12. Therefore, at all material times relevant to this action, Defendant, HOSPITALITY STAFFING SOLUTIONS, LLC, was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

13. Additionally, Plaintiff was individually covered under the FLSA.

## FLSA Violations

14. At all times relevant to this action, Defendants failed to comply with the FLSA

because Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for all overtime hours worked.

15. During his employment with Defendant, Plaintiff was not paid time and one-half his regular rate of pay for all hours worked in excess of forty (40) per work during one or more work weeks.

16. Specifically, Defendant paid Plaintiff his hourly rate for hours worked up to forty (40) but failed to compensate him for work performed beyond forty (40).

17. Based upon these above policies, Defendants have violated the FLSA by failing to pay complete overtime wages as described above.

18. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendants.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

19. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-18 above.

20. Plaintiff is/was entitled to be paid time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week.

21. During his employment with Defendants, Plaintiff worked overtime hours but was not paid time and one-half compensation for same.

22. Defendant routinely worked in excess of fifty (50) hours per week without any compensation for work performed beyond forty (40) hours.

23. Plaintiff was compensated at his regular hourly rate for work performed up to forty (40) per workweek.

24. Defendants did not have a good faith basis for their decision not to pay Plaintiff overtime compensation in weeks in which overtime hours were worked.

25. In addition, Defendant did not maintain and keep accurate time records as required by the FLSA for Plaintiff.

26. As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiff time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

27. As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

28. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, KARLOS AYALA CONDE demands judgment against Defendant for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this ___ day of February, 2019.

Matthew R. Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: mgunter@forthepeople.com
Attorneys for Plaintiff