# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KARLOS AYALA CONDE,**

      **Plaintiff,**

**v.**                                                          Case No:    6:19-cv-217-Orl-22DCI

**HOSPITALITY STAFFING SOLUTIONS, LLC,**

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion to Approve the Parties' Settlement (Doc. No. 17) filed on August 2, 2019.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 9, 2019 (Doc. No. 18), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Approve the Parties' Settlement is hereby GRANTED in part.

3. Paragraph 11 of the Agreement is hereby STRICKEN.

4. The Court finds the Agreement to be a fair and reasonable compromise of a bona fide FLSA dispute.

5. This case is DISMISSED with prejudice.

6. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2019.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties